IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBAGOVICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPUTY DIRECTOR, U. S. SECRET ) <br> SERVICE, L. A. COUNTY, ) <br> ) <br> Defendant. ) | No. C 07-1072 TEH (PR) <br><br> ORDER OF TRANSFER |

      Plaintiff, a prisoner of the state of California currently incarcerated at California State Prison, Corcoran, has filed a pro se pleading, which was construed as a civil rights under 42 U.S.C. § 1983 and was filed as a new case in this district. However, the pleading bears the case number "CV 04-3847 RSWL (CW)" and is identified as a "motion for reinstatement of my civil rights suit." This Court has reviewed Plaintiff's prior case filings on the U.S. Case/Party Index and has determined that the listed docket number reflects a prior case filed by Plaintiff in the United States District Court for the Central District of California.

      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this matter forthwith.

SO ORDERED.

DATED: 04/17/07

                                    THELTON E. HENDERSON
                                    United States District Judge